Chicago City Bank and Trust Company, plaintiff, v. Martha Paschong et al., appellees, and Mary Bromstedt et al., defendants, and Sixty-third and Halsted Realty Company, appellant, on appeal of Sixty-third and Halsted Realty Company, appellant. Gen. No. 39,232.

Opinion filed April 5, 1937.

Clausen, Hirsh & Miller, for appellant. Chas. O. Rundall, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.